UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TERRENCE ADAMS,                )
                               )
        Plaintiff,              )
                               )
    v.                          )    Civil Action No. 08 0358
                               )
GOVERNMENT OF THE DISTRICT     )
OF COLUMBIA, *et al.*,          )
                               )
        Defendants.             )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

Plaintiff alleges that defendants "violated a legal duty of care owed to [him] by negligently evicting him" from his home, an action which "directly and proximately caused [plaintiff] to become homeless." Compl. ¶ 8. Defendants' actions, he further alleges, caused him to suffer "injuries, pain and suffering, emotional distress, and other substantial injuries," *id.* ¶ 13, and also "deprived the Plaintiff of treatment opportunities that could have ameliorated his mental anguish, mental distress, and other damages." *Id.* ¶ 15. Plaintiff demands unspecified monetary damages.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and is between citizens of different states. *See* 28 C.F.R. §1332(a). This case does not appear to raise a federal question, notwithstanding plaintiff's reference to two provisions of federal law, *see*

Compl. ¶ 1. Because all parties appear to reside or conduct business in the District of Columbia, plaintiff does not establish diversity of citizenship. For this reason, the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

    An Order consistent with this Memorandum Opinion will be issued separately on this same date.

                                                                                                  /s/_____
                                                                                     United States District Judge

Date:

2/15/08